AO245B  Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1/25/08
         GB

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT ALAN DARTEZ<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 02CR20116-01<br><br>USM Number: 11558-035<br><br>Joseph R. Streva, Jr.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of condition(s) <u>SC2, SC3, SC6, SC11, MC2, & Fine</u> of the term of supervision.
[ ]  was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|

See next page.

    The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: xxx/xx/9040 | January 24, 2008<br>Date of Imposition of Sentence |
| Defendant's Date of Birth: xx/xx/1975 | _(signature)_<br>Signature of Judicial Officer |
| Defendant's USM No.: 11558-035 | TUCKER L. MELANÇON, United States District Judge<br>Name & Title of Judicial Officer |
| Defendant's Residence Address:<br>Lake Charles, LA | January 25, 2008<br>Date |
| Defendant's Mailing Address:<br>Lake Charles, LA | |

COPY SENT
DATE 1-25-08
BY GB
TO USM 3cc
   USPO 3cc

AO245B Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet I

CASE NUMBER: 02CR20116-01
DEFENDANT:

Judgment - Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| SC2 | The defendant failed to submit monthly reports on time in June and July 2006. He did not submit reports in August. | July 2006 |
| SC3 | The defendant failed to follow instructions of the probation office. He failed to report to the USPO as directed and submit monthly earning statements. | August 2006 |
| SC6 | The defendant failed to notify the USPO of a change in employment. The defendant failed to notify the USPO of a change in residence. | August 2006 |
| Fine | The defendant failed to make fine payments in July and August 2006. | August 2006 |
| SC11 | The defendant failed to advise the USPO of contact with law enforcement. | June 2006 |
| MC2 | The defendant failed to refrain from committing another federal, state, or local crime. | September 2006 |

AO245B  Judgement in a Criminal Case (Rev. 06/05)
Sheet 2 — Imprisonment

---

DEFENDANT: ROBERT ALAN DARTEZ  
CASE NUMBER: 02CR20116-01

Judgment - Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 20 months.

The Court requests defendant be given credit for time served from December 7, 2007.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ROBERT ALAN DARTEZ
CASE NUMBER: 02CR20116-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>4 months</u>.

## MANDATORY CONDITIONS (MC)

1. The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not commit another federal, state, or local crime.

3. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

4. [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

5. [✓] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

6. [✓] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

7. [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

8. [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

9. If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

10. The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION (SC)

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO245B Judgment in a Criminal Case (Rev. 12/03)
Case 2:02-cr-20116-RFB-CMH  Document 180  Filed 01/25/08  Page 5 of 5 PageID #: 659
Sheet 3A - Supervised Release

Judgment - Page 5 of 5

DEFENDANT: ROBERT ALAN DARTEZ
CASE NUMBER: 02CR20116-01

# SPECIAL CONDITIONS OF SUPERVISION (SP)

Special Conditions are to remain the same as stated in the original judgement dated April 10, 2003.

AO245B Judgment in a Criminal Case (Rev. 12/03)
Case 2:02-cr-20116-RFB-CMH  Document 180  Filed 01/25/08  Page 5 of 5 PageID #: 659
Sheet 3A - Supervised Release